**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Crim. No. 13-237 (EGS)** |
| | : | |
| **HARRY BROWN** | : | |
| **Defendant.** | : | |

**NOTICE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, submits this Notice to advise the Court and defense counsel of recent developments in the instant case.

1.   Defendant Brown previously pled guilty and was sentenced in this case on June 18, 2014.   At the conclusion of the sentencing hearing, the government moved to unseal this case, but it still remains under seal.

2.   The government is aware of newly discovered information which, at this time, it does not believe will impact the ultimate disposition of this matter.   Nonetheless, out of an abundance of caution, the government discloses this information to the Court and the defense through this Notice.

3.   The investigation of this case was conducted by members of the Federal Bureau of Investigation (FBI)/Metropolitan Police Department Cross Border Task Force.   FBI Special Agent Matthew Lowry was assigned to the Cross Border Task Force and provided some assistance to the overall investigation that led to the defendant's indictment and related indictments.   On October 1, 2014, the government was informed by the FBI that Special Agent Lowry may have engaged in misconduct by tampering with evidence in other cases.   The alleged

tampering includes tampering with narcotics evidence seized during other investigations and possessing firearms seized in other cases.  Special Agent Lowry has been suspended, and a criminal investigation has been opened into the alleged misconduct.   The United States Attorney's Office for the District of Columbia has been recused from that criminal investigation.

4.   Although the investigation of the agent's alleged misconduct is in its early stages, at this time the government believes that the agent's alleged misconduct will have no impact on the instant case because of his limited role in the overall investigation.   The government anticipates providing a more detailed disclosure about the nature of the agent's alleged misconduct and his role in the overall investigation as soon as practicable.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar No. 447-889

By:

_____

Darlene M. Soltys
Assistant United States Attorney
D.C. Bar No. 431-036
Violent Crime and Narcotics
Trafficking Section
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 252-7685
Darlene.soltys@usdoj.gov

Certificate of Service

I certify that I sent a copy of this Notice to counsel for the defendant, by electronic mail, on November 7, 2014.

_____

AUSA Darlene M. Soltys

2