UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :   Crim. No. 13-237 (EGS) |
| | : |
| HARRY BROWN | : |
|     Defendant. | : |

## GOVERNMENT'S STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this Status Report for November 13, 2014.  We adopt and incorporate by reference the Government's Status Report filed on November 12, 2014, and hereby submit that there is no additional information to report. The United States Attorney's Office for the District of Columbia makes the factual representations in this filing on behalf of the United States, having consulted with the United States Attorney's Office for the Eastern District of Pennsylvania.

                Respectfully submitted,

                RONALD C. MACHEN JR.
                UNITED STATES ATTORNEY
                D.C. Bar No. 447-889

By:        /s/
                Darlene M. Soltys
                Assistant United States Attorney
                D.C. Bar No. 431-036
                Violent Crime and Narcotics Trafficking Section
                555 4th Street, NW, 4th Floor
                Washington, DC 20530
                (202) 252-7685
                Darlene.soltys@usdoj.gov